Timothy **JOHNSON**, Appellant,

v.

**STATE of Missouri**, Respondent.

**No. 56277.**

Missouri Court of Appeals, Eastern District, Division Three.

July 18, 1989.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment denying a Rule 29.15 motion without an evidentiary hearing. The trial court did not err in dismissing the motion, because it was not timely filed. *See, Day*

*v. State*, 770 S.W.2d 692 (Mo. banc 1989). No error of law appears.

An opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).